# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT M. SHAW, Petitioner, v. NEIL McDOWELL, Warden, Respondent. | Case No. ED CV 17-01855-GW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Dated: December 13, 2019

_____
GEORGE H. WU
United States District Judge